UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re:                                    Chapter 13
                                          Case No. 09-56997
Ricardo & Marialuisa Martinez

                                          NOTICE OF OPPORTUNITY FOR
Debtor(s)_____/           HEARING; CERTIFICATE OF SERVICE


    NOTICE IS HEREBY GIVEN that the Debtors(s) have filed a Motion to Avoid Lien. Pursuant to Bankruptcy Rule 2002 and the procedures prescribed by Local Rule 9014-1(b)(3)(A): 1) any objection to the requested relief, or a request for hearing on the matter, must be filed with the Clerk of the U.S Bankruptcy Court at the address listed below, and served on the Debtor(s') attorney and the Chapter 13 Trustee as listed below, within twenty (20) days of mailing of notice; 2) a request for hearing or objection must be accompanied by any declarations or memoranda of law the party objecting or requesting wishes to present in support of its position; 3) if there is not a timely objection to the requested relief or a request for hearing, the Court may enter an order granting the relief by default; and 4) the Debtor(s') attorney will give at least ten (10) days written notice of hearing to the objecting or requesting party, and to the Chapter 13 Trustee in the case, in the event an objection or request for hearing is timely made.

Dated: 09/25/2009                         _____
                                          [Attorney for] Debtor(s)

Court's Address:                          Chapter 13 Trustee:

Office of U.S Trustee                     Devin Derham-Burk
Clerk, United States Bankruptcy Court     PO Box 50013
280 S. First St. Room 3035                San Jose, CA 95150
San Jose, CA 95113

CERTIFICATE OF SERVICE

    I am not less than 18 years of age and not a party to the within case. My business address is ___888 N. First St. Suite 303, San Jose, CA 95112_____. I served this NOTICE and the associated MOTION TO AVOID LIEN by first-class United States mail, postage pre-paid, at San Jose California, on the date noted below and the addressed to those listed in Exhibit A attached hereto which includes all parties entitled to receive regularly mailed notices. The Chapter 13 Trustee will receive such notice upon the electronic filing of this document. I declare, under penalty of perjury, that the foregoing is true and correct.
    Dated: __09/25/2009__ at __San Jose__, California.
                                          _____
                                          Tasha Gonzalez

1
Exhibit A

Wells Fargo Home Mortgage
PO Box 30427
Los Angeles, CA 90030-0427

Katherine L. Johnson
Pite Duncan, LLP
PO Box 17933

CERTIFICATE OF SERVICE