DEVIN DERHAM-BURK #104353
CHAPTER 13 STANDING TRUSTEE
P O Box 50013
San Jose, CA 95150-0013

Telephone: (408) 354-4413
Facsimile:  (408) 354-5513

Trustee for Debtor(s)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA - DIVISION 5

In re:

RICARDO MARTINEZ

MARIALUISA MARTINEZ

Debtor(s)

Chapter 13
Case No.  09-5-6997 RLE

TRUSTEE'S OBJECTION TO CONFIRMATION WITH CERTIFICATE OF SERVICE

341 Meeting Date: October 9, 2009 @ 11:30 a.m.
Pre-Hearing Conference Date: December 10, 2009
Pre-Hearing Conference Time: 2:00 pm
Place: 280 S. 1st Street
    San Jose, CA Room 3099
Judge:  Roger L. Efremsky

Devin Derham-Burk, Trustee in the above matter, objects to the Confirmation of this 0% Plan for the following reasons:

1. The Trustee objects to feasibility of the proposed plan pursuant to 11 U.S.C. 1325(a)(6) for the following reason:  The proposed plan does not provide for arrears and/or on-going payments to junior lienholders on real property because a motion or adversary to eliminate the lien will be filed.  This proposal does not demonstrate how the debtor(s) will be able to pay the amounts due to junior lienholders in the event the debtor is not successful in eliminating the lien.

2. The Trustee is unable to determine whether the proposed term meets the requirements of 11 U.S.C. §1322(d). Section 1 of the Plan indicates that the debtors' plan payments are $828 for 24 months, then $1,550 for 36 months. Pursuant to Section 2(d) of the Plan, the term is estimated, and therefore, an Amended Plan must be filed to delete reference to the specific number of months the debtor will make plan payments of $1,550.

3. The Trustee is unable to determine if the Plan is feasible pursuant to 11 U.S.C. §1325(a)(6), as the debtors provided for adequate protection payments to secured creditors in Section 2(b) of the plan in an amount that exceeds their plan payments. The adequate protection payments total $1,134.85, while the debtors' plan payments are only $828 for the first 24 months. Therefore, the Trustee will not be able to disburse on the amounts provided for in Section 2(b), along with Trustee's fees.

4. Pursuant to 11 U.S.C. §521(a)(1)(B)(iv), Marialuisa Martinez has failed to provide the Trustee with copies of her payment advices for the 60 days preceding the filing of the petition. The Trustee did not receive payment advices dated on or about June 26 or July 10, 2009. If the debtor cannot provide said payment advices, a declaration signed by the debtor under penalty of perjury must be provided explaining why said payment advices are not available.

Dated: October 2, 2009                /S/ Devin Derham-Burk
_____
Chapter 13 Trustee

Trustee's Obj to Confirmation 09-5-6997 rle

2

**CERTIFICATE OF SERVICE BY MAIL**

I declare that I am a citizen of the United States, over the age of 18 years, not a party to the within cause; my business address is 983 University Ave. C-100, Los Gatos, California 95032. I served a copy of the within Trustee's Objection to Confirmation by placing same in an envelope in the U.S. Mail at Los Gatos, California on October 2, 2009.

Said envelopes were addressed as follows:

| | |
|---|---|
| Ricardo Martinez<br>Marialuisa Martinez<br>3473 Rubion Dr<br>San Jose, CA 95148 | Elise Mitchell, Esq.<br>888 N First St #303<br>San Jose, CA 95112 |

/S/ Karen B. Huston
Office of Devin Derham-Burk, Trustee

Trustee's Obj to Confirmation 09-5-6997 rle