CASE NAME: Ricardo & Marialuisa Martinez  United States Bankruptcy Court
BANKRUPTCY CASE NO.: 09-56997  Northern District of California

## Amended
## CERTIFICATE OF SERVICE

    I am a citizen of the United States. My business address is 888 North First Street, Suite 303, San Jose, CA 95112. I am employed in the County of Santa Clara where this service occurs. I am over the age of 18 years, and not a party to the within cause. I am readily familiar with my employers normal business practice for collection and processing of correspondence for mailing with the U.S. Postal Service, and that practice is that correspondence is deposited with the U.S. Postal Service the same day as the day of collection in the ordinary course of business in a sealed envelope with postage fully prepaid.

    On the same date set forth below, following ordinary business practice, I served a true copy of the foregoing document(s) described as:

- *Motion to Avoid Liens*
- *Declaration In Support of Motion to Avoid Lien*
- *Memorandum of Points and Authorities*

☐ By transmitting via facsimile the document(s) listed above to the fax number(s) set forth below, or as stated on the attached service list, on this date before 5:00 P.M.

☒ *By placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Jose, California, addressed as set forth.*

☐ By causing personal delivery by COAST TO COAST of the document(s) listed above to 8the person(s) at the addressee(s) set forth below.

☐ Personally delivering the document(s) to the person(s) at the addressee(s) set forth below

| Devin Derham Burk | Office of The U.S. Trustee | & See attached Court |
| PO Box 50013 | 280 S. First St. # 268 | Service List |
| San Jose, CA 95150 | San Jose, CA 95113 | |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated this 19th day of October 2009

*Tasha Gonzalez*

## COURT SERVICE LIST

Corporation Service Company
CSC – Lawyers Incorporating Service
2730 Gateway Oaks Dr. Ste. 100
Sacramento, CA 95833

Wells Fargo Home Mortgage
PO Box 30427
Los Angeles, CA 90030-0427

Katherine L. Johnson
Pite Duncan, LLP
PO Box 17933
San Diego, CA 92177-0933

Bank of America, N.A.
PO Box 30750
Los Angeles, CA 90030-0750