*Exhibit "A"*

H250FSR5

## SCHEDULE A

THE FOLLOWING DESCRIBED PROPERTY IN SAN JOSE, COUNTY OF SANTA CLARA, STATE OF CALIFORNIA:

LOT 39, OF TRACT NO. 3645, VINEYARDS, AS SHOWN ON MAP FILED 05/27/1968 IN BOOK 238 OF MAPS, PAGE(S) 7 IN THE OFFICE OF THE COUNTY RECORDER OF SANTA CLARA COUNTY.

PROPERTY ADDRESS: 3473 RUBION DRIVE

PARCEL ID: 649-01-007